[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-12151
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-20676-MGC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRENCE RASHOD CLARK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(May 10, 2019)

Before WILLIAM PRYOR, GRANT, and HULL, Circuit Judges.

PER CURIAM:

Stefanie Camille Moon, appointed counsel for Terrence Rashod Clark in this direct appeal from Clark's May 18, 2018 resentencing, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clark's sentence is **AFFIRMED**.